UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CRIMINAL NO. 23-00439-JMC |
| ) | |
| DANIEL TOCCI ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE

Assistant Federal Defender Timothy G. Watkins, of the Federal Defender Office for the District of Massachusetts, hereby notes his withdrawal as attorney on behalf of Daniel Tocci, the defendant in this matter. Assistant Federal Defender Jessica Thrall will continue as counsel of record for Mr. Tocci.

DANIEL TOCCI
By his attorneys,

/s/ Timothy Watkins
Timothy Watkins
Jessica Thrall
Federal Defender Office
51 Sleeper St., Third Floor
Boston, MA  02210
(617) 223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 7, 2024.

/s/ Timothy G. Watkins
Timothy G. Watkins