UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**<br><br>v.<br><br>**DANIEL L. TOCCI** | **Docket No. 23-00439-JMC** |

## NOTICE OF APPEARANCE

Attorney Samia Hossain, of the Federal Defender Office for the District of Massachusetts, hereby files her notice of appearance on behalf of Daniel L. Tocci.

/s/ *Samia Hossain*
Samia Hossain
B.B.O. # 696329
Research & Writing Attorney

Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061

## CERTIFICATE OF SERVICE

I, Samia Hossain, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 26, 2024.

/s/ *Samia Hossain*
Samia Hossain